Order issued December 28, 2012



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00298-CR

————————————

**BELINDA DAWN TIDWELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1267425**

---

## MEMORANDUM ORDER

Appellant appeals her conviction for aggravated assault.

Appellant's retained counsel has filed a motion to withdraw pursuant to Texas Rule of Appellate Procedure 6.5 because counsel has reviewed the appellate record and concluded that the appeal lacks merit and is frivolous.

Only an appointed counsel in a criminal appeal is required to file an *Anders* brief if counsel determines that the appeal is without merit and is frivolous; retained counsel is not required to do so. *See Knotts v. State*, 31 S.W.3d 821, 822 (Tex. App.—Houston [1st Dist.] 2000, order); *Nguyen v. State*, 11 S.W.3d 376, 378 (Tex. App.—Houston [14th Dist.] 2000, no pet.). A retained attorney, upon determining that an appeal is frivolous, must so inform this Court and seek leave to withdraw by filing a motion complying with Rule 6.5. *See Knotts*, 31 S.W.3d at 822; *Nyuyen*, 11 S.W.3d at 378.

Rule 6.5 requires that counsel, by copy of the motion, apprise appellant of certain facts. *See* TEX. R. APP. P. 6.5(a)(1)-(4). Appellant's retained counsel has met the rule 6.5 requirements and certified to this Court that appellant has been notified that she may exercise either (1) her right to retain other counsel, or (2) her right to move for an extension of time to file a pro se brief. *See Knotts*, 31 S.W.3d at 822.

Accordingly, we grant counsel's motion to withdraw. *See Nyuyen*, 11 S.W.3d at 379–80.

We notify appellant at her last known address, as provided in counsel's motion, that her brief is due in this Court no later than 30 days from the date of this order. Unless appellant retains counsel who files a brief on or before that date, or unless by that date a motion for extension of time to file a pro se brief is filed in this Court and granted, this appeal will be set for submission and considered by the Court without briefs on the record alone.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).